[No. 26252-1-I.   Division One.   March 30, 1992.]

THE CITY OF SEATTLE, *Respondent*, v. MARIA COWART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-02910-0, Liem E. Tuai, J., entered May 8, 1990. *Reversed* by unpublished per curiam opinion.

[No. 27960-2-I.   Division One.   March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY W. STUEVE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04591-5, George A. Finkle, J., entered February 9, 1991. *Reversed* by unpublished per curiam opinion.

[No. 27845-2-I.   Division One.   March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN RUDOLPH LARRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06942-3, Mary Wicks Brucker, J., entered January 23, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 27860-6-I.   Division One.   March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH D. FENCEROY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02344-0, Jerome M. Johnson, J., entered January 15, 1991. *Dismissed* by unpublished per curiam opinion.